**U.S. BANKRUPTCY COURT**
District of South Carolina

Case Number: **20-03757-jw**

**ORDER**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**03/11/2021**



*signature: John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 03/11/2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Seven and Rose, LLC | CASE NO: 20-03757-JW |
| Debtor(s). | ORDER CONFIRMING PLAN |

      The plan filed by the debtor(s) under chapter 11 of the Bankruptcy Code on December 16, 2020 and addendums/amendments filed on January 22, 2021, or a summary thereof, having been transmitted to the creditors and equity security holders, and

    It having been determined, after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) or (b) have been satisfied,

   **IT IS ORDERED** that:

    The plan filed by debtor(s), on December 16, 2020, with addendums/amendments filed on January 22, 2021 is confirmed.

    IT IS FURTHER ORDERED that the debtor(s):

      (1) file, with the Court, pursuant to Federal Rule of Bankruptcy Procedure 2015(a) and District of South Carolina Local Bankruptcy Rule 2015-3, until the case is closed, monthly operating reports in a form approved by the United States trustee. The reports must include any action taken toward the consummation of the plan;

      (2) continue to pay the required quarterly fees to the United States trustee until the case has been converted or dismissed, whichever occurs first; and

      (3) file, within 90 days after the entry of this Order:

          (a) an application for final decree,
          (b) a report of substantial consummation,
 &nsp;       (c) a final report,
          (d) objections to proofs of claim or interest against the debtor's(s') estate, and
          (e) any modifications to the plan.

Any motion requesting an extension of this period must be filed before this period expires.

    AND IT IS SO ORDERED.