# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **20-03757-jw**

### ORDER EXTENDING DEADLINE FOR APPLICATION FOR FINAL DECREE AND EXTENDING OTHER DEADLINES RELATING TO THE CLOSING OF THE CASE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**06/11/2021**



*signature: John E. Waites*

US Bankruptcy Judge   ©
District of South Carolina

Entered: 06/11/2021

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Seven and Rose, LLC, | ) | Case No. 20-03757-jw |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING DEADLINE FOR APPLICATION FOR FINAL DECREE AND EXTENDING OTHER DEADLINES RELATING TO THE CLOSING OF THE CASE**

This matter is before the Court upon motion of Seven and Rose, LLC ("Debtor"), the Debtor-in-Possession herein, for an extension of the deadlines set forth in the Order Confirming Plan at Docket No. 60.

It appearing that good and sufficient cause has been shown for an extension of such deadlines,

IT IS ORDERED, ADJUDGED AND DECREED that the Debtor shall have an extension to 90 days from the entry of this Order to file its application for final decree, report of substantial consummation, final report, objection(s) to proofs of claims, and any modifications to the plan.

IT IS SO ORDERED.

1

United States Bankruptcy Court
District of South Carolina

In re:  Case No. 20-03757-jw
Seven and Rose, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2     User: admin     Page 1 of 2
Date Rcvd: Jun 11, 2021     Form ID: pdf01     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seven and Rose, LLC, PO Box 1480, Murrells Inlet, SC 29576-1480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Byron L. Saintsing | on behalf of Interested Party Ascentium Capital LLC bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Interested Party PNCEF LLC bsaintsing@smithdebnamlaw.com |
| Christine E Brimm | on behalf of Debtor Seven and Rose LLC cbrimm@bartonbrimm.com, cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Daniel J. Reynolds, Jr. | on behalf of Creditor Kristin M Golestan dreynolds@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com |
| J. Kershaw Spong | on behalf of Creditor TBG Funding LLC kspong@robinsongray.com, mwhite@robinsongray.com;jguthrie@robinsongray.com |
| J. Ronald Jones, Jr. | on behalf of Interested Party Ascentium Capital LLC rjones@smithdebnamlaw.com cpatrick@smithdebnamlaw.com |

| | | |
|---|---|---|
| District/off: 0420-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: pdf01 | Total Noticed: 1 |

John Douglas Barnett
    on behalf of Creditor United States of America USASC-Bankruptcy@usdoj.gov Saundra.Woods@usdoj.gov

Michael Kevin McCarrell
    on behalf of Creditor South State Bank kmccarrell@foxrothschild.com eaccetta@foxrothschild.com

US Trustee's Office
    USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 9